### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 11-cv-01336-CMA-KMT

CAROL GROVE,

    Petitioner,

v.

INTERNAL REVENUE SERVICE,

    Respondent.

---

### ORDER ADOPTING AND AFFIRMING NOVEMBER 28, 2011, RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kathleen M. Tafoya pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 2.) On September 22, 2011, the Magistrate Judge issued an Order to Show Cause (Doc. # 3) to Plaintiff as to why her claims and case against Defendant should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve Defendant. The Order stated that if Plaintiff did not respond "on or before October 6, 2011," the Magistrate Judge would recommend dismissal of the case. (*Id.*) On November 28, 2011, the Magistrate Judge issued a Recommendation (Doc. # 4), advising that Plaintiff's "Petition to Quash an IRS Summons" (Doc. # 1) be dismissed for lack of service. The recommendation stated that the parties had fourteen days to serve and file written objections to the Recommendation and that failure to do so "may bar *de novo* review by the district judge." (Doc. # 4.) Neither party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and determines that the Magistrate Judge's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 4) is AFFIRMED and ADOPTED. Pursuant to the Recommendation, it is

FURTHER ORDERED that Plaintiff's "Petition to Quash an IRS Summons" (Doc. # 1) is DISMISSED WITHOUT PREJUDICE.

DATED: December   21  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge